IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS DIETRICH,

     Petitioner,

v.                                                                  Civ. No. 09-1034 RB/RLP

GEORGE TAPIA, Warden, *et al.*,

     Respondents.

ORDER

THIS MATTER comes before the Court on Petitioner's filing of objections to the Magistrate Judge's Report & Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

_____
Robert C. Brack
United States District Judge